118 F.3d 1579
 Landree E. Wauford
v.
Kathleen Hawk, Director of Federal Bureau of Prisons at
HOLC, J.D. Lamer, Warden, warden of U.S.P. Lewisburg,
McGinnis, Mr., Captain at U.S.P. Lewisburg, Baggor, Mr., is
no Longer Employed at U.S.P. Lewisburg, Heverly, Mr.,
Lieutenant at U.S.P. Lewisburg, Morales, Lieutenant at
U.S.P. Lewisburg, Two Unknown Officers, Correctional Officers
 NO. 96-7524
 United States Court of Appeals,
Third Circuit.
 June 10, 1997
 Appeal From: M.D.Pa. ,No.96cv01231
 
 1
 Affirmed in part, Vacated in part.